**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Arik Alan MacBLANE, Defendant–Appellant.**

**No. 13–30285.**

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2014.*

Filed May 27, 2014.

Leif Johnson, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, Michael S. Lahr, Assistant U.S., USHE–Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Palmer A. Hoovestal, Hoovestal Law Firm, PLLC, Helena, MT, for Defendant–Appellant.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

### MEMORANDUM **

Arik Alan MacBlane appeals from the district court's judgment and challenges his guilty-plea conviction and 86–month sentence for conspiracy to possess with intent to distribute and distribution of methamphetamine, in violation of 21 U.S.C. § 846. Pursuant to *Anders v. Cali-*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), MacBlane's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. MacBlane has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**